UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL JOSEPH MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:16-CV-01079-MC<br><br><br>ORDER FOR REMAND |

    The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: The administrative law judge (ALJ) will reevaluate evaluate Plaintiff's residual functional capacity assessment, as necessary and reevaluate the existence of other work in the national economy that Plaintiff is able to perform, obtaining testimony from a vocational expert, as warranted. Additionally, the Appeals Council will affirm the ALJ's finding that the claimant became disabled for purposes of supplemental security income on January 1, 2014.

    The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

    IT IS SO ORDERED this 15th day of May, 2017.

                                                                 /s/ Michael McShane
                                            UNITED STATES DISTRICT JUDGE